05-13-01295-CV

CAUSE NO. 12-06312-D

FILED IN
5TH COURT OF APPEALS

2013 SEP 18 AM 10: 51

LISA MATZ, CLERK

| | |
|---|---|
| SEVEN HILL COMMERCIAL LLC,<br>*Plaintiff,*<br><br>v.<br><br>MIRABAL CUSTOM HOMES INC, FST GROUP LLC, CATENARY GROUP LLC, ETAL,<br>*Defendant,* | IN THE COUNTY COURT<br>OF DALLAS COUNTY<br>AT LAW NO. 4 |

Order Vacating Order Granting First Amended Application to Stay & Dismiss Arbitration, and Denying Plaintiff's Motion to Compel Arbitration and Stay/Abate Or, Alternatively, To Compel Arbitration and Dismiss

The Court hereby VACATES its Order Granting First Amended Application to Stay & Dismiss Arbitration, and Denying Plaintiff's Motion to Compel Arbitration and Stay/Abate Or, Alternatively, to Compel Arbitration and Dismiss signed on September 11, 2013. An amended Order shall issue later today.

Signed September 18, 2013.

William K. _____

Judge, County Court at Law #4